Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 3

| |
|---|
| SIERRA PACIFIC INDUSTRIES, INCLUDING ITS SUBSIDIARY SENECA SAWMILL COMPANY<br><br>                           **Plaintiff,**<br>v.<br><br>**UNITED STATES,**<br>                           **Defendant.** |

**S U M M O N S**

Case No. 1:23-cv-00207

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. **Standing of Plaintiffs**

   Sierra Pacific Industries, including its subsidiary Seneca Sawmill Company, has standing pursuant to 19 U.S.C. § 1677(9)(C) and 19 U.S.C. § 1516a(f)(3), because it is "a manufacturer, producer, or wholesaler in the United States of a domestic like product."

2. **Brief Description of Contested Determination**

   Plaintiff contests certain findings of fact and conclusions of law made by the U.S. Department of Commerce contained in Certain Softwood Lumber Products From Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021.

3. **Date of Determination**

   The final determination is dated July 26, 2023. *See Certain Softwood Lumber Products from Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments*, 88 Fed. Reg. 50,106, 50,108 (Dep't Commerce Aug. 1, 2023). The Department of Commerce amended the final determination on August 30, 2023. *See Certain Softwood Lumber Products From Canada: Amended Final Results of Antidumping Duty Administrative Review in Part; 2021*, 88 Fed. Reg. 61,511, 61,512 (Dep't Commerce Sept. 7, 2023).

4. **Date of Publication in Federal Register Notice of Contested Determination**

   The final results were published in the Federal Register on August 1, 2023. *Certain Softwood Lumber Products from Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments*, 88 Fed. Reg. 50,106. The amended final results were published in the Federal Register on September 7, 2023. *Certain Softwood Lumber Products From Canada: Amended Final Results of Antidumping Duty Administrative Review in Part; 2021*, 88 Fed. Reg. 61,511.

Date: October 2, 2023

/s/ David J. Ross
David J. Ross
Stephanie E. Hartmann
Kanzanira Thorington

WILMER CUTLER PICKERING
HALE and DORR LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
(202) 663-6000

*Counsel for Plaintiff Sierra Pacific Industries, including its subsidiary Seneca Sawmill Company*

Form 3-3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0140

General Counsel
U.S. Department of Commerce
14th & Constitution Avenue, NW
Washington, DC 20230

Attorney-in-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Civil Division Room, 12124
1100 L Street, NW
Mail Stop 5875 HCHB
Washington, DC 20530