UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7A

| SIERRA PACIFIC INDUSTRIES            |                          |
|                         Plaintiff,   | Court No.   23-00207     |
|         v.                           |                          |
| UNITED STATES                        |                          |
|                         Defendant.   |                          |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 11/1/2023

/s/ David J. Ross
Attorney for Plaintiff

2100 Pennsylvania Avenue, NW
Street Address

Washington, DC 20037
City, State and Zip Code

(202) 663-6515
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: November 2, 2023

Clerk, U. S. Court of International Trade

By: /s/ Lewis Hugh
Deputy Clerk